# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **1:03-mj-02355-UA**       Date **08/17/2020**

USAO No. **2003R02683**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint         ☐ Removal Proceedings in

*United States v.* **Thomas Badian**

The Complaint/Rule 40 Affidavit was filed on **12/03/2003**

✓ *U.S. Marshals please withdraw warrant*

**DANIELLE KUDLA**
Digitally signed by DANIELLE KUDLA
Date: 2020.08.17 10:52:29 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 8 / 1 7 / 2 0 2 0

UNITED STATES MAGISTRATE JUDGE

Stewart D. Aaron